# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Young Blood Coffee Roasters, LLC, | Court File No. 20-cv-01076 **PJS/KMM** |
| Plaintiff, | |
| v. | **DEFENDANT STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY'S RULE 12 MOTION TO DISMISS** |
| State Auto Property and Casualty Insurance Co., | |
| Defendant. | |

TO: Plaintiff and their counsel of record:

Defendant State Auto Property and Casualty Insurance Company, by and through their attorneys, Meagher & Geer, P.L.L.P., hereby move to dismiss this matter under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted against this defendant. The basis of this motion is set forth in the accompanying memorandum of law and is supported by the declaration submitted therewith and the accompanying exhibits, and any responsive pleadings, as well as the arguments of counsel and all of the files, records and proceedings herein.

Dated: June 29, 2020
By: s/Amy J. Woodworth
Charles E. Spevacek (#0216044)
cspevacek@meagher.com
Amy J. Woodworth (#026166X)
awoodworth@meagher.com
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661

and

2

Adam H. Fleischer (*admitted pro hac vice*)
afleischer@batescarey.com
Matthew J. Fortin (*admitted pro hac vice*)
mfortin@batescarey.com
Lindsey D. Dean (*admitted pro hac vice*)
ldean@batescarey.com
Bates Carey LLP
191 N Wacker, Suite 2400
Chicago, IL 60606
(312) 762-3100

**Attorneys for Defendant**