**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| YOUNG BLOOD COFFEE ROASTERS, LLC individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>STATE AUTO PROPERTY AND CASUALTY INSURANCE CO.,<br><br>           Defendant. | Case No. 0:20-cv-01076-PJS-KMM |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Young Blood Coffee Roasters, LLC hereby dismisses its claims in the above-captioned case without prejudice. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: July 6, 2020                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*s/ Patrick J. Stueve*
Patrick J. Stueve (*pro hac vice*)
Bradley T. Wilders (*pro hac vice*)
Curtis Shank (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:   816-714-7100
Facsimile:    816-714-7101
Email:          stueve@stuevesiegel.com
Email:          wilders@stuevesiegel.com
Email:          shank@stuevesiegel.com

*Attorneys for Plaintiff and the Proposed Classes*

1